■ RONALD S. WERTZ, Appellant, v STATE OF NEW YORK,

Respondent. (Claim No. 72218.) (Appeal from Judgment of Court of Claims, McMahon, J.—Negligence.) Present—Callahan, J. P., Doerr, Green, Balio and Lawton, JJ.